In the Matter of the Accounting of RALPH PULITZER et al., as Trustees under the Will of JOSEPH PULITZER, Deceased.

JOHN G. JACKSON, as Administrator of the Estate of MARGARET PULITZER, Deceased, Appellant; RALPH PULITZER et al., Individually and as Trustees, et al., Respondents.

(Argued October 2, 1934; decided October 16, 1934.)

*Edward K. Hanlon, Hubert C. Mandeville, Jr., Milton Schilback* and *Charles K. Beekman* for appellant.

*Louis C. Haggerty* for Seward W. Pulitzer et al., respondents.

Order affirmed, with costs to respondents payable out of the fund. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.